**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**UNITED CONSTRUCTION COMPANY, Respondent.**

**No. 19427.**

United States Court of Appeals Sixth Circuit.

Oct. 10, 1969.

Allen H. Sachsel, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Eugene B. Granof, Atty., N. L. R. B., Washington, D. C., on brief, for petitioner.

Dennis Haines, Youngstown, Ohio, Theodore Humphrey, Youngstown, Ohio, on brief, for respondent.

Before COMBS, Circuit Judge, and BROOKS* and BROWN**, District Judges.

ORDER.

On petition to enforce an order of the National Labor Relations Board, reported at 169 NLRB No. 1.

This cause came on to be heard on the transcript of the record from the National Labor Relations Board and was argued by counsel.

On consideration, it is ordered, adjudged and decreed by this Court that the application for enforcement is granted.

Petitioner will recover costs in this Court.

**John ALDRIDGE, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 23721.**

United States Court of Appeals Ninth Circuit.

Sept. 16, 1969.

Philip V. Sarkisian, Sacramento, Cal., for appellant.

John P. Hyland, U. S. Atty., William B. Shubb, Asst. U. S. Atty., Sacramento, Cal., for appellee.

Before MERRILL, KOELSCH and DUNIWAY, Circuit Judges.

PER CURIAM:

Aldridge appeals from denial of a motion under 28 U.S.C. § 2255. He lists in his petition 7 grounds for setting aside his conviction. The trial court held a hearing and found against him on all factual and legal issues. The record supports the court's findings of fact and we agree with its legal conclusions.

Affirmed.

---

* Honorable Henry L. Brooks, Chief Judge of the United States District Court, Western District of Kentucky.

** Honorable Bailey Brown, Chief Judge of the United States District Court, Western District of Tennessee.